**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| PAMELA WHITNEY, | **STIPULATED MOTION TO DISMISS** |
| Plaintiff, | |
| vs. | Case No. 2:17-CV-1165-TC |
| GOLDEN SPIKE RESTAURANTS, LLC, A Utah Limited Liability Company, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X. | Judge Tena Campbell |
| Defendants. | |

Plaintiff Pamela Whitney and Defendant Golden Spike Restaurants, LLC, by and through their undersigned counsel, hereby stipulate and jointly move the court for an order dismissing this matter, with prejudice, with all parties to bear their own fees and costs. A proposed order is filed and served herewith.

**[SIGNATURES ON NEXT PAGE]**

1

STIPULATED the _____ day of February, 2018.

FORD & CRANE PLLC

/s/ Matthew B. Crane

Matthew B. Crane
*Attorney for Plaintiff*


STIPULATED the 15th day of February, 2018.

PERKINS, MITCHELL, POPE & MCALLISTER LLP

/s/ William G. Pope

William G. Pope
*Attorney for Defendant*
(Signed with permission)

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 15th day of February, 2018, I caused a true and correct copy of the foregoing STIPULATED MOTION TO DISMISS to be filed with the Court electronically via CM/ECF which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/ Matthew B. Crane