Order Prepared By:
**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE CENTRAL DISTRICT OF UTAH**

| | |
|---|---|
| PAMELA WHITNEY,<br><br>                Plaintiff,<br><br>vs.<br><br>GOLDEN SPIKE RESTAURANTS, LLC, A Utah Limited Liability Company, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>                Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS**<br><br>Case No. 2:17-CV-1165-TC<br><br>Judge Tena Campbell |

This matter is before the court pursuant to the Stipulated Motion to Dismiss jointly filed by the parties on February 15, 2018 (the "Motion"). Having reviewed the Motion, there appears good cause that it should be GRANTED.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-titled matter is dismissed with prejudice, with all parties to bear their own fees and costs.

DATED the 15th day of February, 2018.

BY THE COURT

_____
United States Judge Tena Campbell